### HENRY *versus* TURNER.

One who crosses a river at a ferry in a boat not belonging to the owner of the ferry, and who lands by stepping from the ferryman's boat, is not liable *in an action to recover the rate of ferriage, allowed by law;* however he would be responsible for the invasion of the plaintiff's franchise, or for trespass.

THIS action was brought in the County Court of Bibb, to recover the rate of ferriage allowed by law to the plaintiff, Henry. The defendant, Turner, had, it appeared, crossed the river in a canoe, not belonging to the owner of the ferry ; and had landed, by stepping into the boat of the plaintiff. The Court below, determined that the action was not sustainable : Whereupon, the defendant took his writ of error to this Court.

FREEMAN, for Plaintiff—cited *Aik. Dig.* 396.
STEWART, *contra.*

By Mr. Justice THORNTON :

This was an action brought by the plaintiff in error, who was also plaintiff below, to recover of the defendant an amount due for ferriage to the plaintiff, who appears to have been in possession of the ferry landing, and necessary water craft, at Centerville, on the Cahawba river. The proof is, that the defendant, by means of a canoe, which is proven not to have belonged to the plaintiff, nor to be one of the

water craft, kept and provided for the said ferry, cross-
ed the river, and got out on the landing side into one
of the plaintiff's boats. The Judge who tried the
cause below, decided that the plaintiff could not reco-
ver, in this action, for the ferriage ; and in this, which
is the only error assigned, we think he did not err.
The reason which the Court below gave for this de-
cision, adverse to the plaintiff, is not a matter which
can be assigned for error; and therefore, we cannot
properly determine, whether that reason be a sound
one or not. The result was correct, for the reason,
that from the proof; however the defendant may be
liable for invasion of the plaintiff's franchise, or for
trespass done by getting into his ferry boat, he was
not responsible for the rate of ferriage allowed by
law, as if he had been ferried over the stream in the
craft of the plaintiff.

Let the judgment be affirmed.